- 1 -

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| NASDAQ, INC.; NASDAQ ISE, LLC; AND FTEN, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIAMI INTERNATIONAL HOLDINGS, INC.; MIAMI INTERNATIONAL SECURITIES EXCHANGE, LLC; MIAX PEARL, LLC; AND MIAMI INTERNATIONAL TECHNOLOGIES, LLC,<br><br>　　　　　　　　　　　Defendant. | No. 2:17-cv-06664-BRM-DEA<br><br>**NOTICE OF PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT**<br><br>Motion Return Date: March 2, 2020 |

**PLEASE TAKE NOTICE THAT** on Monday, March 2, 2020, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs Nasdaq, Inc., Nasdaq ISE, LLC, and FTEN, Inc. (collectively "Nasdaq"), shall move before the Honorable Brian R. Martinotti, U.S.D.J., at the United States District Court for the District of New Jersey, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an order granting Plaintiffs leave to file an amended complaint. Please take further notice that in support of this motion, Plaintiffs shall rely on their Memorandum of Law in support of the motion, and the two exhibits thereto, which are clean and redline versions of the proposed amendment. A proposed order is also filed herewith. Plaintiffs' counsel met and conferred with Defendants' counsel and confirmed that Defendants are opposed to the relief sought herein.

- 1 -

Dated:  February 7, 2020

                              **CRITCHLEY, KINUM & DENOIA, LLC**

                              By: /s/ Michael Critchley
                              Michael Critchley, Sr.
                              Amy Luria
                              75 Livingston Avenue, Suite 303
                              Roseland, New Jersey 07068
                              Telephone: (973) 422-9200
                              Facsimile: (973) 422-9700
                              mcritchley@critchleylaw.com
                              aluria@critchleylaw.com

                              Arun S. Subramanian (*pro hac vice*)
                              Jacob W. Buchdahl (*pro hac vice*)
                              Mark H. Hatch-Miller (*pro hac vice*)
                              SUSMAN GODFREY L.L.P.
                              1301 Avenue of the Americas, 32nd Floor
                              New York, New York 10019
                              Telephone: (212) 336-8330
                              Facsimile: (212) 336-8340
                              asubramanian@susmangodfrey.com
                              jbuchdahl@susmangodfrey.com
                              mhatch-miller@susmangodfrey.com

                              Meng Xi (*pro hac vice*)
                              SUSMAN GODFREY L.L.P.
                              1900 Avenue of the Stars, Suite 1400
                              Los Angeles, CA 90067-6029
                              Telephone: (310) 789-3100
                              Facsimile: (310) 789-3150
                              mxi@susmangodfrey.com

                              Floyd G. Short (*pro hac vice*)
                              SUSMAN GODFREY L.L.P.
                              1201 Third Avenue, Suite 3800
                              Seattle, Washington 98101
                              Tel.: 206-516-3880
                              Fax: 206-516-3883
                              fshort@susmangodfrey.com

                              *Attorneys for Plaintiffs Nasdaq, Inc., Nasdaq ISE, LLC, and FTEN, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 7th day of February, 2020, as indicated below:

## Counsel List for Defendants

**REED SMITH LLP**
Lisa A. Chiarini
Grewal, Amardeep S. (Sonny)
Sidharth Kapoor
Julia A. Lopez
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
lchiarini@reedsmith.com
SGrewal@ReedSmith.com
skapoor@reedsmith.com
jalopez@reedsmith.com

John P. Bovich, Esq. (*pro hac vice*)
Christine M. Morgan, Esq. (*pro hac vice*)
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel: (415) 543-8700
Fax: (415) 391-8269
jbovich@reedsmith.com
cmorgan@reedsmith.com

Ravi Sattiraju, Esq.
**THE SATTIRAJU LAW FIRM P.C.**
116 Village Boulevard, Suite 200
Princeton, NJ 08540
Direct Tel: (609) 799-1266
Direct Fax: (609) 228-5649
Email: rsattiraju@sattirajulawfirm.com
*Interim counsel for Defendants*

/s/ Michael Critchley

7091459v1/015495