# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| NASDAQ, INC.; NASDAQ ISE, LLC; AND FTEN, INC., | : | Civil Action 3:17-cv-06664-BRM-DEA |
| Plaintiffs, | : | |
| v. | : | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO AMEND THEIR COMPLAINT** |
| MIAMI INTERNATIONAL HOLDINGS, INC., MIAMI INTERNATIONAL SECURITIES EXCHANGE, LLC, MIAX PEARL LLC, AND MIAMI INTERNATIONAL TECHNOLOGIES, LLC | : | |
| Defendants. | | |

Having reviewed the materials submitted by the parties in support of, and in opposition to, the Plaintiffs' Motion to Amend, it is hereby ORDERED that the motion is **DENIED**.

DATED: _____

BY: _____
     Judge